# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 564 MAL 2015

       Respondent    :

            :    Petition for Allowance of Appeal from
            :    the Order of the Superior Court

       v.    :

SANTO BORRERO-BEJERANO,    :

       Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.